**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SERAFIN COLON,

                                                  Petitioner,                  20 **CIVIL** 2263 (LGS)

                -against-                              **<u>JUDGMENT</u>**

THE CITY OF NEW YORK, ET AL.,

                                                Respondents.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 24, 2021, the Report is Adopted. The unexhausted claims are dismissed, and the petition is denied; accordingly, the case is closed.

**DATED:** New York, New York
              May 24, 2021

                                                                             **RUBY J. KRAJICK**
                                                                             _____
                                                                              **Clerk of Court**
                                             **BY:**
                                                                              **Deputy Clerk**