UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------X
                                                            :
SERAFIN COLON,                                              :
                                    Plaintiff,             :
                                                            :          20 Civ. 2263 (LGS)
            -against-                                       :
                                                            :                ORDER
THE CITY OF NEW YORK, ET AL.,                               :
                                    Defendants.            :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Judge Fox issued a Report and Recommendation ("Report") on May 3, 2021, recommending the dismissal of certain claims that Petitioner did not exhaust and the denial of the remaining claims.

WHEREAS, the Report was adopted on May 24, 2021.

WHEREAS, on June 1, 2021, Petitioner's objection to the Report was received.

WHEREAS, the objection is postmarked May 14, 2021.

WHEREAS, the objection is timely because it was submitted within 14 days of the issuance of the Report and Recommendation. It is hereby

**ORDERED** that the May 24, 2021, Order adopting the Report and the May 24, 2021, Judgment are VACATED. It is further

**ORDERED** that the Government shall file a response to Petitioner's objection by **July 23, 2021**.

The Clerk of Court is respectfully directed to reopen this Case and to mail a copy of this Order to pro se Petitioner.

Dated: June 24, 2021
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE